# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON** | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:11-01021 (JEB) |
| **U.S. DEPARTMENT OF JUSTICE** | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant respectfully calls to the Court's attention a ruling recently issued by the U.S. District Court for the District of Columbia in *Graff v. Federal Bureau of Investigation*, No. 1:09-cv-02047 (D.D.C. Nov. 9, 2011). In *Graff*, the court upheld the policy of the Federal Bureau of Investigation ("FBI") and the Executive Office for United States Attorneys ("EOUSA") to categorically withhold third-party law enforcement records in the absence of a privacy waiver, proof of death, or a showing that the public interest in disclosure outweighs privacy considerations. A copy of the *Graff* opinion is attached to this notice.

Dated: November 18, 2011

Respectfully Submitted,

TONY WEST
Assistant Attorney General

JOHN TYLER
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

  */s/ James D. Nelson*
JAMES D. NELSON
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6143
Washington, D.C. 20530
(202) 307-6600
james.d.nelson2@usdoj.gov

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on November 18, 2011, I filed the attached Notice of Supplemental Authority electronically with the Clerk of the United States District Court for the District of Columbia through the CM/ECF system, which caused the following counsel of record to be served by electronic means:

Anne L. Weismann
1400 Eye Street, NW
Suite 450
Washington, DC 20005
aweismann@citizensforethics.org

                                                /s/ *James D. Nelson*
                                                JAMES D. NELSON