**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:11-01021 (JEB) |
| **U.S. DEPARTMENT OF JUSTICE** | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

By minute order dated March 19, 2012, this Court ordered the Executive Office for United States Attorneys ("EOUSA") to complete processing of responsive records and to release non-exempt portions of those records within 90 days of the Court's order, and to produce a *Vaughn* index describing the withheld information within 90 days of that release. EOUSA now respectfully moves for an extension of those deadlines. Despite EOUSA's sustained efforts, the volume and complexity of the requested records makes complying with the Court's order impossible. Although EOUSA will release approximately two hundred pages of fully exempt documents within the time established by the Court, Defendant respectfully requests that the Court enter an order extending EOUSA's deadline to complete processing of potentially responsive records, and to compile the *Vaughn* index describing withheld information, until October 31, 2012.

Defendant regrets having to move the Court for an extension. At the time the parties filed their Joint Proposed Scheduling Order, EOUSA had not yet completed its collection of potentially responsive records, and therefore did not have the information necessary to provide a

reasonably accurate estimate of the time it would take to process those documents. Since then, EOUSA has made a diligent and sustained effort to complete processing of responsive records as quickly as possible. As explained in the attached declaration of Vinay J. Jolly, an Attorney-Advisor with the EOUSA component designated to administer FOIA, EOUSA coordinated with the U.S. Attorney's Office for the Central District of California (USAO-CAC) to conduct a broad and extensive search for records potentially responsive to the request at issue. EOUSA and USAO-CAC searched potentially relevant email and document files spanning approximately six years in connection with more than twenty USAO-CAC employees, completing their collection efforts on or about May 9, 2012. The collected files comprise 396 personal storage table files, occupy approximately 136 gigabytes of information, and include over 2.3 million documents. EOUSA then sent these records to its Litigation Technology Service Center ("LTSC") in Columbia, South Carolina for initial de-duplication and processing. On or about May 31, 2012, LTSC completed its initial processing and loaded these records onto a Relativity platform (for which EOUSA contracted to support this litigation specifically) in order to most efficiently and expediently conduct the requisite search and review as required by FOIA. On or about June 7, LTSC completed its initial search for responsive records, identifying approximately 95,000 potentially responsive documents (occupying approximately 35 gigabytes of information).

In addition to sheer volume, these records must be reviewed with scrutiny and care due to their sensitivity. Plaintiff requested records related to the criminal investigation of a Congressman, and criminal records, by their very nature, call for exacting review to ensure that exempt material is not inadvertently disclosed. These records also include material that implicates the personal privacy of third parties, *see* Op. at 10-11, ECF No. 16 (explaining that

Rep. Lewis is not the only person whose privacy interests are at stake in this case), as well as material that is deliberative, subject to work-product or attorney-client privilege, subject to law enforcement protection, or otherwise exempt from disclosure. Accordingly, they require a document-by-document, line-by-line review. While Defendant will make every effort to expedite this process, EOUSA estimates that it will take until October 31, 2012 to complete its review and processing of potentially responsive records. EOUSA also estimates that it will be able to compile *Vaughn* index describing the withheld information within that time.[1]

In light of the foregoing, defendant respectfully requests that the Court enter an order extending the deadline for EOUSA to complete processing of potentially responsive documents and to compile a *Vaughn* index until October 31, 2012.

Dated: June 18, 2012

Respectfully Submitted,

STUART F. DELERY
Acting Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director
Federal Programs Branch

/s/ *Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 7219

[1] Plaintiff has indicated that it intends to oppose this motion. Although Plaintiff has suggested the possibility of a rolling release of documents, Defendant believes that such a course is not reasonably practicable because of quality control considerations, especially while working in a Relativity database. EOUSA is certainly open and willing to provide periodic status updates to Plaintiff regarding its review and processing progress, and, in the course of providing those reports, can assess whether the processing proceeds in a way that would make rolling productions viable.

Washington, D.C. 20530
Phone: (202) 514-3367
bradley.p.humphreys@usdoj.gov

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 18, 2012, I caused a true and correct copy of the foregoing Motion for Extension of Time to be served on plaintiff's counsel by means of the Court's ECF system.

/s/ *Bradley P. Humphreys*

BRADLEY P. HUMPHREYS