IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:11-01021 (JEB)<br>)<br>)<br>)<br>) |

## DECLARATION OF VINAY J. JOLLY

I, Vinay J. Jolly, declare the following to be a true and correct statement of facts:

1. I am an Attorney-Advisor with the Executive Office for United States Attorneys ("EOUSA"), United States Department of Justice. I am assigned to the component of EOUSA designated to administer the Freedom of Information Act ("FOIA"), 5 U.S.C. §552, amended by the OPEN Government Act of 2007, Pub. L. No. 110-175, 121 Stat. 2524, and the Privacy Act of 1974 ("PA"), 5 U.S.C. §552a. In that capacity, my responsibilities include the following: acting as liaison with other divisions and offices of the Department of Justice ("DOJ") in responding to requests and the litigation filed under the FOIA/PA; the review of FOIA/PA requests for access to records located in this office and the 94 United States Attorneys' Offices ("USAOs") and the case files arising therefrom; the review of correspondence related to requests; the review of searches conducted in response to requests; and the preparation of EOUSA's responses thereto to assure that determinations to withhold or to release responsive records are in accordance with the provisions of both the FOIA and the PA, as well as with the Department of Justice regulations (28 C.F.R. §§ 16.3 and 16.40).

2. As an Attorney-Advisor of the FOIA/PA Unit, EOUSA, I have the authority to release

and/or withhold records requested under the FOIA/PA, and to explain the rationale for EOUSA's disclosure determinations. The statements I make in this Declaration are made on the basis of my review of the official files and records of EOUSA, my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties.

3. Due to the nature of my official duties, I am familiar with the procedures followed by this office in responding to the FOIA/PA request(s) made to EOUSA. The purpose of this declaration is to provide the Court with an explanation of the handling of the third-party FOIA request in the above-referenced case since the Court's March 19 order. This declaration is submitted in support of EOUSA's motion for extension of time.

4. Since the issuance of this Court's March 19 order, EOUSA has been working, and continues to work, diligently to comply with its terms. EOUSA coordinated with the U.S. Attorney's Office for the Central District of California (USAO-CAC) to conduct the very demanding task of collecting all records that could be potentially responsive to the FOIA request at issue. In light of the broad scope of the FOIA request at issue, EOUSA and USAO-CAC had to collect email, document files, and other records spanning approximately six years, in connection with more than twenty USAO-CAC employees. EOUSA and USAO-CAC completed our collection efforts on or about May 9, the resulting collection comprising 396 PST files, occupying approximately 136 GB, which amounts to over 2.3 million documents.

5. EOUSA sent this enormous collection of records to its Litigation Technology Service Center (LTSC) in Columbia, South Carolina, for initial de-duplication and processing. On or about May 31, the LTSC completed its initial processing and loaded all records onto a Relativity platform (for which EOUSA specifically contracted to support this litigation) to maximize the efficient search, review and processing of these records pursuant to FOIA. On or about June 7, the LTSC completed its initial search for responsive records, identifying approximately 95,000

potentially responsive documents (occupying approximately 35 GB), which EOUSA now is currently reviewing as diligently as possible. Based upon generally accepted metrics provided for such review in the automated Relativity environment, EOUSA reasonably estimates completing its review and processing of potentially responsive records, as well as compiling its related *Vaughn* index, by or before October 31.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  JUNE 18TH, 2012.

_____
Vinay J. Jolly
Attorney-Advisor
EOUSA, FOIA/PA Unit