**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 11-01021 (JEB) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S**
**MOTION FOR EXTENSION OF TIME**

This case concerns three FOIA requests sent to components of defendant U.S. Department of Justice (DOJ) one and one-half years ago. Currently defendant is subject to an order directing, *inter alia*, the Executive Office of U.S. Attorneys (EOUSA) to complete processing of all responsive records and release all non-exempt portions by today. Rather than comply with this order, EOUSA waited until the due date to seek a four and one-half month extension, until October 31, 2012. For the reasons set forth below, plaintiff respectfully opposes the requested extension.

First, DOJ's motion is premised in part on the claim it has been acting diligently yet still has been able to process for release only "approximately two hundred pages of fully exempt documents." Defendant's Motion for Extension of Time (D's M.), p. 1.[1] In the same time period, however, the FBI – whose documents also are at issue – has been able to process nearly

---

[1] It appears from this description DOJ plans to release two hundred blank pages. Moreover, as of the filing of this opposition plaintiff has yet to receive these documents.

1,700 of pages of documents, from which it made a release of 1,440 pages on May 18, 2012. As this discrepancy illustrates, the pace at which EOUSA is processing the responsive documents does not reflect an agency acting with due diligence.

Second, EOUSA has not adequately justified an extension until October 31, 2012. While defendant claims it must review the documents "with scrutiny and care due to their sensitivity,"[2] it also acknowledges it outsourced that review to a contractor, the Litigation Technology Service Center, which presumably does not have the expertise necessary to make judgments about such a "sensitive" subject. This may explain why EOUSA needs so much additional time to complete what the Court ordered by completed by today. Moreover, defendant has failed to provide the kind of detailed justification generally required of agencies seeking *Open America* stays, instead vaguely claiming to exercise due diligence.

Third, although plaintiff has proposed several alternatives that would serve the interests of both parties, defendant has rejected them out of hand. Defendant has refused plaintiff's request for a rolling production, insisting it can make no release until it has completed processing all the documents located to date. Further, defendant has refused plaintiff's request that the parties discuss prioritizing the processing by categories, with the possibility that if the relevant categories are identified, plaintiff might be able to eliminate some as not of interest. Again, these are not the actions of a party acting with due diligence.

Fourth, given the age of this request, it is inherently unfair to ask plaintiff to wait until October 31, 2012, to learn for the first time what, if anything, EOUSA is willing to release. Had defendant advised plaintiff and the Court when it first realized it could not meet the Court's

---

[2] D's M. at 1.

deadline, the parties might have been able to work out a solution, with the Court's assistance if necessary. Now, however, defendant has essentially made a "take it or leave it" offer that falls far short of its obligations under the Freedom of Information Act.

While the EOUSA may not be in a position to make a full release today, it should be ordered to provide the Court and plaintiff immediately with a timetable for producing documents on a rolling basis and in two-week intervals, to be completed in 60 days. This approach would accommodate the needs of both parties.

## CONCLUSION

For the foregoing reasons, plaintiff respectfully requests that the Court deny defendant's motion for an extension.

                                                           Respectfully submitted,

                                                           */s/ Anne L. Weismann*
                                                           ANNE L. WEISMANN
                                                           D.C. Bar No. 434584
                                                           MELANIE SLOAN
                                                           D.C. Bar No. 434584
                                                           Citizens for Responsibility and Ethics in
                                                             Washington
                                                           1400 Eye Street, N.W., Suite 450
                                                           Washington, D.C.  20005
                                                           Phone: (202) 408-5565
                                                           Facsimile: (202) 588-5020
Dated: June 18, 2012                                 Attorneys for Plaintiff